DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAMENE HOOD,**
Appellant,

v.

**NICHOLE ELIN,**
Appellee.

No. 4D2025-3467

[July 9, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Daryl Jay Isenhower, Judge; L.T. Case No. 562025SC002651AXXXHC.

Shamene Hood, Jensen Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***